We are founded by University of New Mexico Colleges, CSF, LAPSS, and PEC. Anyway, emergency warriors. So Southwest, Explosion, Mopal's, Vision, Ontario's, building complex, Westminster, University of Southern Christchurch, West Branch, Explosion, York, Answer, John, Plus, Carroll, Corning and Berkley. And tongues is what you do. So Southwest, Explosion, Mopal's, Vision, Ontario's, building complex, West Branch, Explosion, York, Answer, John, Plus, Carroll, Corning and Berkley. So Southwest, Explosion, Mopal's, Vision, Ontario's, building complex, Westminster, University of Southern Christchurch, West Branch, Explosion, York, Answer, John, Plus, Carroll, Corning and Berkley. So Southwest, Explosion, North,  Mopal's, Beacon, North, West, West, West, North, Ori, West, East. West. West. West. East. West. West. WestW West. North America, West. West. West. West, West. West. West. East. West. East. West. West. East. West.       West. West. Les. Mao. Lat. Wow. Big. Oh. Gas. Gas.   Gas. Gas. Gaz. Gas. Is. Gas.
judges: Graber, Tallman, Rakoff